Jesus Duarte #097531
Name and Prisoner/Booking Number

Arizona State Prison Complex - Tucson
Place of Confinement

10002 S. Wilmot Rd. P.O. Box 24401
Mailing Address

Tucson, Arizona 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED
RECEIVED          LODGED
                  COPY

JUN - 6 2022

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jesus Duarte ,
(Full Name of Plaintiff)

Plaintiff,

v. Arizona Department of Corrections
Rehabilitation Reentry
(1) Unknown transportation officer. ,
(Full Name of Defendant)

(2) _____ ,

(3) _____ ,

(4) _____ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-266-TUC-JCH-PSOT
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Arizona State Prison Complex - Tucson. / Tucson

## B. DEFENDANTS

1. Name of first Defendant: <u>ADOCRR Unknown transportation officer</u> The first Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   as: _____ at _____.
   (Position and Title)                                   (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                   (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>Due process of the Fourteenth Amendment - Threat to safety</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12-8-21, I was being transported from Lewis Complex in Buckeye, Arizona to Tucson Complex - Winchester unit. On the way the transport driver repeatedly hit the brakes enough to draw attention to it by all the inmates being transported. Because of this and the ADOC RR bus not having seatbelts, I slid off the seat and injured my face and back. When we arrived at our destination an Incident Command System (ICS) was called for medical attention to my bleeding face. I since have worse back issues before this incident. I briefly talked to the other transportation officer to get his badge number. He asked what happened and I told him the driver hit the brakes too hard and I hit my face on the metal grating on the floor. The officer agreed then the (ICS) was called. I was injured by transports deliberate indifference to our safety while being transported. He knew seats in the bus are slick and have no seatbelts. The driver repeatedly hit the brakes too hard causing an ICS for injuries sustained to me because of his actions. I have written informal resolutions on 12-10-21 and 5-18-22, CoII, CoIV, Director Central office and an Inmate grievance and grievance appeal.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Because of the deliberate indifference or reckless driving by the Unknown ADOC RR transport driver. An Incident Command System (ICS) was called when we arrived at Tucson-Winchester complex for a cut to my face.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☒ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☒ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff respectfully request that this court enter judgement granting him compensatory and punitive damages for the flagrant violation of his protected Constitutional rights and human rights. Plaintiff is seeking $200,000 in compensatory damages for pain + suffering and cruel + unusual for the injuries to my face and head

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2022
DATE

Jesus Duarte
SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6